JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG HANUS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.: ED CV 16-922 DMG (KKx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment, filed on February 10, 2017,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant United States of America, and against Plaintiff Craig Hanus.

DATED: February 10, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-